IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROLF W. BERGNER, | ) | 8:07CV139 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court upon the plaintiff's motion for leave to file his brief out of time. (Filing 12.) I will grant the motion.

IT IS ORDERED that the motion in filing 12 is granted, and the brief filed by the plaintiff (filing 11) shall be deemed to be timely filed.

September 7, 2007.                    BY THE COURT:

                                      *s/Richard G. Kopf*
                                      United States District Judge